**10/13/2015**
**EVANS, BOBBY DEWAYNE    Tr. Ct. No. 12-14438**

**COA No. 01-13-00593-CR**
**PD-0489-15**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.
Abel Acosta, Clerk

> 1ST COURT OF APPEALS CLERK
> CHRISTOPHER A. PRINE
> 301 FANNIN
> HOUSTON, TX 77002-7006
> * DELIVERED VIA E-MAIL *